UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| RAMONA LONGS, as Executor of the Estate of Mary Buchanan, | ) ) ) | Case No.: 1:03 CV 2042 |
| | ) | JUDGE SOLOMON OLIVER, JR. |
| Plaintiff | ) ) | |
| v. | ) ) | |
| WYETH, *et al.*, | ) ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted summary judgment for Defendants on all of Plaintiff's claims, consistent with its rulings in a separate Order of this same date, hereby enters judgment for Defendants and against Plaintiff.

IT IS SO ORDERED.

<pre>                                /s/ *SOLOMON OLIVER, JR.*
                                UNITED STATES DISTRICT JUDGE</pre>

February 28, 2008